**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**JACK W. ADELMAN,**

               **Plaintiff,**               **9:03-CV-0032
                                                          (GLS/RFT)**

        **v.**

**EDNA P. HOBBIE, ONEIDA COUNTY
SHERIFF, ONEIDA COUNTY
SHERRIFF'S DEP'T, and SERGEANT
HEIM,**

               **Defendants.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

**FOR THE PLAINTIFF:**

JACK W. ADELMAN
Plaintiff, *Pro Se*
P.O. Box 330
North Bay, New York 13123

**FOR THE DEFENDANTS:**

GORMAN, WASZKIEWICZ        BARTLE J. GORMAN, ESQ.
LAW FIRM
1508 Genesee Street
Utica, New York 13502-4178

**Gary L. Sharpe
U.S. District Judge**

# **ORDER**

The above-captioned matter comes before this court following a Report-Recommendation issued by Magistrate Judge Randolf F. Treece on August 3, 2006.  *See Dkt. No. 66.*  Despite the passage of ten days, no objections have been filed.  Having reviewed the Report-Recommendation for clear error, *see Almonte v. N.Y. State Div. of Parole*, 9:04-CV-484, 2006 WL 149049 (N.D.N.Y. Jan. 18, 2006), and finding none, the court adopts Judge Treece's Report-Recommendation in its entirety.

**WHEREFORE**, it is hereby

**ORDERED**, that the Report-Recommendation filed on August 3, 2006 is **ACCEPTED** in its entirety for the reasons stated therein, and it is further

**ORDERED**, that defendants' motion to dismiss (**Dkt. No. 54**) is **GRANTED**, and it is further

**ORDERED**, that plaintiff's amended complaint (**Dkt. No. 20**) is **DISMISSED** in its entirety, and it is further

**ORDERED**, that the Clerk of the Court provide a copy of this Order to the parties by regular mail.

September 13, 2006
Albany, New York

*[signature]*
United States District Court Judge